FILED

OCT 01 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHERYL BRIGITTE ZAMBARRANO-RUTLEDGE, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 08-74228 <br><br> Agency No. A029-084-602 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2010[**]

Before:    SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Cheryl Brigitte Zambarrano-Rutledge, a native and citizen of the

Philippines, petitions for review of the Board of Immigration Appeals' ("BIA")

order dismissing her appeal from an immigration judge's removal order. We have

jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

agency's finding of removability, *Nakamoto v. Ashcroft*, 363 F.3d 874, 881 (9th Cir. 2004), and de novo questions of law, *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005). We deny the petition for review.

Substantial evidence supports the agency's finding that the government met its burden of proving that Zambarrano-Rutledge was removable for obtaining permanent residence in the United States through a fraudulent marriage where she voluntarily admitted to the Customs and Border Patrol officer that she had married a United States citizen solely to obtain lawful residence in the United States. *See Nakamoto*, 363 F.3d at 882; *see also Barragan-Lopez v. Mukasey*, 508 F.3d 899, 905 (9th Cir. 2007). Zambarrano-Rutledge's due process claim therefore fails. *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000) (requiring error for a petitioner to prevail on a due process claim).

Zambarrano-Rutledge's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**